ELLEN M. MAHAN
Deputy Section Chief
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice

PATRICIA L. HURST (DC Bar No. 438882)
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: (202) 307-1242
Telefax: (202) 514-2583
patricia.hurst@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA,<br><br>Defendant. | Case No: CV 09-5104 JSW<br><br>**JOINT STIPULATION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND (PROPOSED) ORDER** |

Pursuant to Local Rule 6-1(b) Plaintiff, the United States of America, and Defendant, City and County of San Francisco, hereby stipulate through their undersigned counsel that the Case Management Conference, which is currently set for 1:30 p.m. on February 19, 2010, be continued until a date to be set by the Court after it has ruled on the United States' unopposed Motion to Enter Consent Decree (Docket No. 6), which is scheduled to be heard on February 12, 2010.

The parties respectfully submit that good cause exists for continuing the Case Management Conference in this matter as follows:

- 1 -

1. On October 27, 2009, the United States concurrently filed a Complaint and lodged a Consent Decree resolving the claims alleged in the Complaint. (Docket Nos. 1 and 3.)

2. In its Notice of Lodging of the Consent Decree (Docket No. 3) the United States informed the Court that pursuant to 28 C.F.R. § 50.7, the United States would publish a notice of the proposed settlement in the Federal Register and accept public comment on the proposed Consent Decree for a period of 30 days. Notice was published in the Federal Register on November 5, 2009 (74 Fed. Reg. 57332).

3. After the notice was published, the United States received no comments from the public on the proposed settlement.

4. On December 10, 2009, the United States moved for entry of the proposed settlement (Docket No. 6). The motion has not yet been decided. Depending on the outcome of that motion, there may be no need for the Court to hold a case management conference or for the Defendant to answer the Complaint.

5. The parties therefore respectfully request that the Court postpone the Case Management Conference established in its Initial Scheduling Conference Order (Docket No. 4) until a date set by the Court after it rules on the United States' Motion to Enter the proposed settlement.

1 PURSUANT TO STIPULATION, IT IS SO ORDERED.

2    I, Patricia L. Hurst, attest that concurrence in the filing of this joint stipulation has been obtained from Julia Friedlander, the attorney for Defendant City and County of San Francisco.

FOR THE UNITED STATES OF AMERICA

January __, 2010        /s/ Patricia L. Hurst
                                 PATRICIA L. HURST
                                 United States Department of Justice

FOR THE CITY AND COUNTY OF SAN FRANCISCO

January __, 2010        /s/ Julia Friedlander
                                 JULIA FRIEDLANDER
                                 City and County of San Francisco

[PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS ORDERED that: the Case Management Conference, which is currently set for 1:30 p.m. on February 19, 2010, shall be continued until a date to be set by the Court after ruling on the United States' Motion to Enter Consent Decree (Docket No. 6).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

January 27, 2010
Date

The Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE